IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GERARD L. BROOKINS,

      Appellant,

v.

      Case No. 5D23-222
      LT Case No. 16-2008-CF-10468-CXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Gerard L. Brookins, Century, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., MAKAR and JAY, JJ., concur.